# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**        **FILED UNDER SEAL**

        v.        **CASE NO. 6:24-cr-10104-EFM-1-5**

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
**ARMANDO HERNANDEZ,**
**VICTOR MARQUEZ,**
**JAEDAN RUPP,** and
**LUIS D. TALAVERA**

        **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DRUG CONSPIRACY**
**[21 U.S.C. § 846]**

From at least sometime in May of 2023, the exact date being unknown to the Grand Jury, through and including December 7, 2023, within the District of Kansas, and elsewhere, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
**ARMANDO HERNANDEZ,**
**VICTOR MARQUEZ,** and
**JAEDAN RUPP**

knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to possess with the intent to distribute, and distribute fentanyl, a controlled substance in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

## COUNT 2

**POSSESSION WITH THE INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about October 23, 2023, through October 25, 2023, in the District of Kansas and elsewhere, the defendants,

**ARMANDO HERNANDEZ,**
and **VICTOR MARQUEZ**,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

# COUNT 3

**ATTEMPTED POSSESSION WITH THE INTENT TO
DISTRIBUTE FENTANYL
[21 U.S.C. § 841(a) and (b)(1)(C)]**

On or about October 23, 2023, through October 25, 2023, within the District of Kansas, and elsewhere, the defendant,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 United States Code, Section 2.

# COUNT 4

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME
[21 U.S.C. § 843(b) and 846]**

On or about October 23, 2023, at 23:56:10 (session 3464), in the District of Kansas and elsewhere, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
and **VICTOR MARQUEZ**,

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21,

United States Code, Sections 841(a) and 846, that is, offenses set forth in Counts 1 through 3 of this Indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b) & 846, and Title 18, United States Code Section 2.

## COUNT 5

**POSSESSION WITH THE INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 15, 2023, in the District of Kansas and elsewhere, the defendant,

**JAEDAN RUPP**,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 6

**ATTEMPTED POSSESSION WITH THE INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 15, 2023, within the District of Kansas, and elsewhere, the defendant,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",

4

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 United States Code, Section 2.

## COUNT 7

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b) and 846]**

On or about November 15, 2023, at 21:26:30 (session 11558), in the District of Kansas and elsewhere, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
and **JAEDAN RUPP**,

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, offenses set forth in Counts 1, 5 and 6 of this Indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b) & 846, and Title 18, United States Code Section 2.

## COUNT 8

**POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 20, 2023, in the District of Kansas and elsewhere, the defendant,

5

**ARMANDO HERNANDEZ**,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 9

**ATTEMPTED POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 20, 2023, within the District of Kansas, and elsewhere, the defendant,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 United States Code, Section 2.

## COUNT 10

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b) and 846]**

On or about November 20, 2023, at 20:17:45 (session 12311), in the District of Kansas and elsewhere, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
and **ARMANDO HERNANDEZ**,

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, offenses set forth in Counts 8 and 9 of this Indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b) & 846, and Title 18, United States Code Section 2.

## COUNT 11

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 29, 2023, in the District of Kansas, the defendant,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",

did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

# COUNT 12

**POSSESSION WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about November 29, 2023, in the District of Kansas, the defendant,

**LUIS D. TALAVERA**,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

# COUNT 13

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b) and 846]**

On or about November 29, 2023, at 14:02:28 (session 13425), in the District of Kansas, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
and **LUIS D. TALAVERA**,

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, offenses set forth in Counts 11 and 12 of this Indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b) & 846, and Title 18, United States Code Section 2.

## COUNT 14

**POSSESSION WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

On or about December 7, 2023, in the District of Kansas, the defendant,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 15

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b) and 846]**

On or about October 22, 2023, at 15:34:35 (session 2865), in the District of Kansas and elsewhere, the defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
and **JAEDAN RUPP**,

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, offenses set forth in Count 1 of this Indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b) & 846, and Title 18, United States Code Section 2.

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-15 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, § 853(a).

2. Upon conviction of the offense set forth in Count 1, defendants,

**JOSE J. ENRIQUEZ,**
a/k/a "Negro",
a/k/a "Jefe",
a/k/a "Calacas",
**ARMANDO HERNANDEZ,**
**VICTOR MARQUEZ,** and
**JAEDAN RUPP**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

  A. Smith and Wesson Shield EZ .380, bearing serial number RDJ8986;
  B. American Tactical Inc. Omni Hybrid .223 rifle, bearing serial number NS019972;

C. Interarms Mark X 7mm Rem Mag bolt action rifle, bearing serial number B222227;
D. Caspian Arms Multi Caliber handgun, bearing serial number FLG121456;
E. DPMS lower receiver bearing serial number DNWC037625; and
F. ammunition.

All pursuant to Title 21, United States Code, § 853(a).

A TRUE BILL.

September 5, 2024      s/Foreperson
DATE      FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: Katherine J. Andrusak
KATHERINE J. ANDRUSAK
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

**PENALTIES**
**Counts 1, 2, 3, 5, 6, 8, 9, 11, 12, 14 - 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C)**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of up to thirty (30) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

**Counts 4, 7, 10, 13, 15 -21 U.S.C. 843(b)**

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d)

- A term of supervised release of up to one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  21 U.S.C. § 843(d).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for the same offense, the penalties are:

- A term of imprisonment of not more than eight (8) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  21 U.S.C. § 843(d).